# NO. 12-09-00018-CR
# NO. 12-09-00019-CR
# NO. 12-09-00020-CR
# NO. 12-09-00021-CR
# NO. 12-09-00022-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ERIC LAMAR ERSKINE,* *APPELLANT* | § | *APPEALS FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to five charges of aggravated assault with a deadly weapon. On December 12, 2008, the trial court sentenced Appellant to imprisonment for eighteen years on each charge. We have received the trial court's certifications showing that Appellant waived his right to appeal in each case. *See* TEX. R. APP. P. 25.2(d). The certifications are signed by Appellant and his counsel. We have also been furnished with a copy of the waiver in each case, also signed by Appellant and his counsel. *See* **Greenwell v. Thirteenth Court of Appeals**, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); **Dears v. State**, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). Accordingly, the appeals are ***dismissed*** for want of jurisdiction.

Opinion delivered January 21, 2009.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)